UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL S. GRANT,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>D. RIOS,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:20-cv-00908-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE TO FILE EXHAUSTION MOTION<br><br>(ECF No. 38) |

　　　This matter having come before the Court on Defendant's motion to modify the Scheduling Order to extend time for Defendant to file an exhaustion motion (ECF No. 38), and good cause appearing, the motion is GRANTED.

　　　The deadline for filing an exhaustion motion is extended until January 10, 2022. All other terms of the Scheduling Order (ECF No. 33) remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 9, 2021**　　　　　　　　／s／ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE