UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL S. GRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. RIOS,<br><br>　　　　Defendant. | Case No. 1:20-cv-00908-JLT-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

　　　　On January 10, 2022, Defendant filed a motion for summary judgment.  (ECF No. 41). According to the notice provided by Defendant, Plaintiff has twenty-one from the date of service of the motion to file his opposition.  (Id. at 2).  However, this is incorrect.  As stated in the Court's scheduling order (ECF No. 33, pgs. 5-6), Plaintiff has thirty days from the date of service of the motion to file his opposition.

IT IS SO ORDERED.

　　Dated:　**January 11, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1