UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL S. GRANT,<br>    Plaintiff,<br><br>v.<br><br><br>D. RIOS,<br>    Defendant. | Case No. 1:20-cv-00908-JLT-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RUSSELL S. GRANT, #P00298026/T60450<br><br>DATE: August 19, 2022<br>TIME: 10:00 a.m. |

  Russell S. Grant, inmate, #P00298026/T60450, a necessary and material witness for the plaintiff in proceedings in this case on August 19, 2022, is confined at Auburn Jail, 2775 Richardson Drive, Auburn, CA 95603, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean in Courtroom #10, 6th Floor, at the United States Courthouse on 2500 Tulare Street, Fresno, California, 93721, on August 19, 2022, at 10:00 a.m.

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

  2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Auburn Jail**

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this hearing shall accompany the inmate to the hearing**.

\\\
\\\
\\\
\\\
\\\
\\\

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 19, 2022**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE

